UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIAM CHATTMAN** | **CIVIL ACTION** |
| versus | **NO. 12-2473** |
| **BURL CAIN, WARDEN, LSP** | **SECTION: "A" (1)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's Motion for Summary Judgment, Rec. Doc. 5, is **DENIED**.

**IT IS FURTHER ORDERED** that his petition for federal *habeas corpus* relief be **DISMISSED WITH PREJUDICE** as untimely.

New Orleans, Louisiana, this 6th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE