UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM CHATTMAN  296410 | CIVIL ACTION |
| VERSUS | NUMBER:  12-2473 |
| BURL CAIN, WARDEN | SECTION:  A (1) |

## ORDER

The Court having been apprised of and having reviewed petitioner's objection to the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 10) filed on December 3, 2012, finds petitioner's objection unavailing.

Accordingly;

**IT IS ORDERED** that petitioner's objection is **DENIED**. The Court's Order of February 6, 2013 (Rec. Doc. 11) adopting the Report and Recommendation of the United States Magistrate Judge stands.

_____
UNITED STATES DISTRICT JUDGE